U.S. DISTRICT COURT CLERKS OFF.

JOHN J. MOAKLEY COURTHOUSE

1 COURTHOUSE WAY

BOSTON, MA 02210

FILED
IN CLERKS OFFICE

2004 JUN 22 P 12: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

# 04   11414 GAO

Date: 6/16/2004

Re: CONTINUED DETENTION,
In Removal Proceedings
A 25 - 398 - 241          MAGISTRATE JUDGE

RECEIPT # _____
AMOUNT $ _N/A_____
SUMMONS ISSUED _N/A_
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _F.O.M_
DATE _6/22/04_

## REQUEST FOR RELEASE FROM DETENTION
## PURSUANT TO ZADVYDAS V. DAVIS

I, BOL PECH , *pro se,* hereby request to be released from detention pursuant to

*Zadvydas v. Davis,* 121 S.Ct 2491. On July 19, 2001, Attorney General John Ashcroft issued a

memorandum which stated, "After six months, if an alien can provide 'good reason to believe

that there is no significant likelihood of removal in the reasonably foreseeable future,' the

government must rebut the alien's showing in order to continue the alien in detention." I am

writing to request release as there is no significant likelihood that I will be removed in the

reasonable foreseeable future.

1.    I am presently in INS custody. I have been detained by the INS since 8-19-2002

2.    I have a final order of deportation. My deportation order became final on

11-15-2000___ . Therefore, I have been detained for more than 6 months with a final order.

3.    My country will not take me back. The country I have been ordered deported to is

CAMBODIA _____ .

4. The following efforts have been made ^by me to return me to my country of origin: ___I HAVE MADE

REQUESTS FOR BOTH RELEASE AND TRAVEL DOCUMENTS FROM THE IMMIGRATION CUSTOMS

AND ENFORCEMENT (I.C.E.). REQUESTED TRAVEL DOCUMENTS FROM CAMBODIAN EMBASSY BUT HAVE

BEEN UNSUCCESSFUL. FAMILY MEMBERS HAVE CALLED (AND WILL CONTINUE TO) BOSTON I.C.E., CAMBODIAN

EMBASSY, AND WASHINGTON D.C. (HEADQUARTERS I.C.E.) FOR PROGRESS BUT ATTEMPTS HAVE BEEN IN

VAIN AND ^WERE TOLD TO BE PATIENT. IT WILL BE 2 YEARS IN CUSTODY OF I.C.E. ON 8·19·2004.

5. Because my country will not take me back and I have already been in detention for six

months past the date my removal order became final, I should be released immediately.

Respectfully submitted,


BO L PECH #33237
Printed Name

26 LONG POND ROAD
Address

PLYMOUTH, MA 02360


_____

Signature

2