SCANNED
DATE: 07/01/04
BY: SKY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUN 30  P 2:57

BOL PECH, )
 )
        Petitioner )
 )  Civil Action No.
        v. )  04cv11414-GAO
 )
JOSEPH F. MCDONOUGH, SHERIFF, )
PLYMOUTH COUNTY, )
 )
        Respondent )

RETURN AND MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO DISMISS

Because the petition challenges only the detention of petitioner, and because petitioner was released from respondent's[1] custody on June 25, 2004, see Attachment A, Release Notification, the relief sought by petitioner has now come to pass -- his release from respondent's custody -- and the case should be dismissed for lack of subject matter jurisdiction as moot.

**ARGUMENT**

I.   PETITIONER IS BEING RELEASED FROM RESPONDENT'S CUSTODY AND THEREFORE THE CASE SHOULD BE DISMISSED FOR MOOTNESS.

"It is well settled that a case is moot 'when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome, ... or alternatively, when

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

the 'party invoking federal court jurisdiction' no longer has 'a personal stake in the outcome of the controversy.'" Boston & Maine Corp. v. Brotherhood of Maintenance of Way Employees, 94 F.3d 15, 20 (1st Cir. 1996) (citations omitted).

"A case is moot, and hence not justiciable, if the passage of time has caused it completely to lose its character as a present, live controversy of the kind that must exist if the court is to avoid advisory opinions on abstract propositions of law." Laurence H. Tribe, American Constitutional Law S 3-11, at 83 (2d ed. 1988) (internal quotations omitted). Once a case or controversy is moot, a federal court no longer retains jurisdiction to adjudicate the merits of the case. U.S. Const. art. III, S. 2 et seq.; see also U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership, 115 S.Ct. 386, 390 (1994).

Because the result sought in the petition -- release from the custody of the Department of Homeland Security until such time as his removal becomes practicable -- has now been effected by petitioner's release from custody on June 25, 2004, see Attachment A, there is no continuing live case or controversy and accordingly the petition should be dismissed as moot.

## CONCLUSION

Because there is no present case or controversy, this action should be dismissed for mootness.

2

```
                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

              By:   _____
                    FRANK CROWLEY
                    Special Assistant U.S. Attorney
                    Department of Homeland Security
                    P.O. Box 8728
                    J.F.K. Station
                    Boston, MA 02114
                    (617) 565-2415
```

3

**ATTACHMENT A**



Office of Detention and Removal Operations
U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

Bol PECH (A25 398 291)
C/O DHS/ICE
Boston Field Office

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. Among other conditions will be the requirement that you report weekly to ICE. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____
Signature of HQ/DOU Director/Designated Representative

_____
Date 6/25/04

Decision of Post Order Custody Review – Release
Bol PECH (A25 398 291)
Page 2

## PROOF OF SERVICE

(1) Personal Service (Officer to complete both (a) and (b) below.)

(a) I, __MARK ORLANDO__, __IEA__
    Name of ICE Officer             Title

certify that I served __PECH, Bol__ with a copy of
                      Name of detainee

this document at __S. Bay Boston__ on __6-25-4__ at __1800 hrs__.
                 Institution           Date        Time

(b) I certify that I served the custodian _____, _____
                                                              Name of Official

_____, at _____, on _____
   Title            Institution              

_____ with a copy of this document.
   Date

## OR

(2) Service by certified mail, return receipt. (Attach copy of receipt)

I, _____, certify
   Name of ICE Officer         Title

that I served _____ and the custodian _____
              Name of detainee                         Name of Official

with a copy of this document by certified mail at _____ on _____
                                                  Institution              Date


( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

**U.S. Department of Homeland Security**
**Immigration & Customs Enforcement**

## Order of Supervision

Name: PECH, Bol A25398291   Date: 06-25-04   File No: _____

On __11-15-00__, you were ordered:
(Date of final order)

[ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[X] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[x] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[x] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[x] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[x] That you do not travel outside __NEW ENGLAND FIELD OFFICE__ for more than 48 hours without first
(Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

[x] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[X] That you report in person on the __1ST BUSINESS DAY OF EVERY MONTH @09:00 AM__ to this Service office at: JFK Bldg Government Center, Room 1775, Boston, Ma 02203  unless you are granted written permission to report on another date.

[x] That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

[X] Other:

[x] See attached sheet containing other specified conditions (Continue on separate sheet if required)

(Signature of INS official)
Timothy T. Stevens
(Print name and title of INS official)

### Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____ IEA   _____   6/25/4
(Signature of INS official serving order)   (Signature of alien)   Date

Form I-220B(Rev. 4/1/97)N

**U.S. Department of Homeland Security**
Immigration & Customs Enforcement

Continuation Page for Form: I-220B

Alien's Name: PECH, Bol A25398291

File Number:

Date: 06-25-04

X [signature]
*Alien's Signature*

Alien's Address
32 S. Caring St
Lowell, Ma. 01851

458 7855
*Alien's Telephone Number (if any)*

RIGHT INDEX PRINT

**PERSONAL REPORT RECORD**

| DATE | OFFICER | COMMENT/CHANGES |
|------|---------|-----------------|
|      |         |                 |

Signature

Title

| U.S. Department of Homeland Security | |
|---|---|
| Immigration & Customs Enforcement | **Order of Supervision-Addendum** |

File No:_____
Date: 06-25-04_____

Name PECH, Bol A25391291_____

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide the INS with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide the INS with written proof of such within 30 days. You must provide the INS with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[X] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide the INS with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Supervision.

[x] That you report to any parole or probation officer as required within 5 business days and provide the INS with written verification of the officers name, address, telephone number, and reporting requirements.

[x] That you continue to follow any prescribed doctors orders whether medical or psychological including taking prescribed medications.

[x] That you provide the INS with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide the INS with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will may result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

[X] Other

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on June 29, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114