UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOL PECH
        Plaintiff(s)

v.                          CIVIL ACTION NO. 04-11414-GAO

JOSEPH MCDONOUGH
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

G   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the motion to dismiss this action pursuant to FRCP rule 12(b)(1) for mootness ( # 3) is GRANTED.

TONY ANASTAS,
CLERK OF COURT

Dated: 7/27/04                           By Paul S. Lyness
                                                                    Deputy Clerk